# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

U.S.A. vs. Casshawn J. McNeary            Docket No. 5:15-MJ-1032-1

**Petition for Action on Probation**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Casshawn J. McNeary, who, upon an earlier plea of guilty to Assault by Striking, in violation of 18 U.SC. 113(a)(4), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on March 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is experiencing significant mental health issues which need to be addressed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: March 20, 2015 |

## ORDER OF THE COURT

Considered and ordered this __24th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

/s/ Robert T. Numbers II

Robert T. Numbers, II
U.S. Magistrate Judge